IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES BUIE D/B/A J/B TOWING SERVICE                          PLAINTIFF

VS.                          CIVIL ACTION NO. 5:04-cv-305(DCB)(JCS)

GARY A. BROWN, GADDY TRUCKING, INC.,
JOHN R. ROBINSON, AND HUDSON
ENVIRONMENTAL SERVICES                                      DEFENDANTS

GARY A. BROWN AND GADDY TRUCKING, INC.            CROSS-CLAIMANTS

VS.

JOHN R. ROBINSON AND HUDSON
ENVIRONMENTAL SERVICES                                 CROSS-DEFENDANTS

GARY A. BROWN AND GADDY TRUCKING, INC.           COUNTER-PLAINTIFFS

VS.

JAMES BUIE D/B/A J/B TOWING SERVICE                 COUNTER-DEFENDANT

<u>ORDER GRANTING DEFAULT JUDGMENT</u>

This cause is before the Court on the counter-plaintiff Gaddy Trucking, Inc.'s motion for default judgment against counter-defendant James Buie d/b/a J/B Towing Service **(docket entry 46)**. Having carefully considered same, and being fully advised in the premises, the Court finds as follows:

Counter-defendant James Buie d/b/a J/B Towing Service was served with counter-plaintiff Gaddy Trucking, Inc.'s counterclaim on May 24, 2005. On December 13, 2005, the counter-plaintiff filed a motion for entry of default, and default was entered on December 16, 2005. James Buie d/b/a J/B Towing Service has failed to answer the counterclaim or assert any defenses thereto. The counter-

plaintiff's motion is therefore well taken.  Accordingly,

IT IS HEREBY ORDERED that the counter-plaintiff Gaddy Trucking, Inc.'s motion for default judgment against counter-defendant James Buie d/b/a J/B Towing Service **(docket entry 46)** is GRANTED;

FURTHER ORDERED that default judgment is hereby entered against counter-defendant James Buie d/b/a J/B Towing Service.

No final judgment shall be entered until the final disposition of this cause.

SO ORDERED, this the 4th day of January, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE
