IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES BUIE D/B/A
J/B TOWING SERVICE                                                      PLAINTIFF

VS.                                          CIVIL ACTION NO. 5:04cv305(DCB)(JCS)

GARY A. BROWN, GADDY TRUCKING, INC.,
JOHN R. ROBINSON AND HUDSON
ENVIRONMENTAL SERVICES                                                 DEFENDANTS

GARY A. BROWN AND GADDY TRUCKING, INC.                          CROSS-CLAIMANTS

VS.

JOHN R. ROBINSON AND HUDSON
ENVIRONMENTAL SERVICES                                         CROSS-DEFENDANTS

GARY A. BROWN AND GADDY TRUCKING, INC.                         COUNTER-PLAINTIFFS

VS.

JAMES BUIE D/B/A J/B TOWING SERVICE                            COUNTER-DEFENDANT


## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss

the cross-claimant Gary A. Brown's cause of action with prejudice as to cross-defendants John R.

Robinson and Hudson Environmental Services, and this Court, having considered the same and

being fully advised in the premises and it appearing that cross-claimant Gary A. Brown's claims

have been compromised and settled as between and among the parties, is of the opinion that said

motion is well-taken and should be, and the same is hereby, granted.

Dockets.Justia.com

IT IS, THEREFORE, ORDERED AND ADJUDGED that the cross-claim of Gary A.

Brown be, and the same is hereby, dismissed with prejudice as to cross-defendants John R.

Robinson and Hudson Environmental Services, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the __18th__ day of ___May___, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED AND AGREED TO:

_____
M. JAMES CHANEY, JR., ESQ.
TELLER, CHANEY, HASSELL & HOPSON, LLP
ATTORNEY FOR CROSS-CLAIMANT GARY A. BROWN

_____
B. STEVENS HAZARD, ESQ.
VICTORIA HARDY RUNDLETT, ESQ.
ATTORNEYS FOR CROSS-DEFENDANTS
JOHN R. ROBINSON AND HUDSON
ENVIRONMENTAL SERVICES

4570-112334:ba