IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| JAMES BUIE D/B/A J/B TOWING SERVICE | PLAINTIFF |
| VS. | CIVIL ACTION NO. 5:04cv305(DCB)(JCS) |
| GARY A. BROWN, GADDY TRUCKING, INC., JOHN R. ROBINSON AND HUDSON ENVIRONMENTAL SERVICES | DEFENDANTS |
| GARY A. BROWN AND GADDY TRUCKING, INC. | CROSS-CLAIMANTS |
| VS. | |
| JOHN R. ROBINSON AND HUDSON ENVIRONMENTAL SERVICES | CROSS-DEFENDANTS |
| GARY A. BROWN AND GADDY TRUCKING, INC. | COUNTER-PLAINTIFFS |
| VS. | |
| JAMES BUIE D/B/A J/B TOWING SERVICE | COUNTER-DEFENDANT |

**PARTIAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the cross-claimant Gaddy Trucking, Inc.'s cause of action with prejudice as to cross-defendants John R. Robinson and Hudson Environmental Service, and this Court, having considered the same and being fully advised in the premises and it appearing that cross-claimant Gaddy Trucking, Inc.'s claims have been compromised and settled as to cross-defendants John R. Robinson and Hudson Environmental Service, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the cross-claim of Gaddy Trucking be, and the same is hereby, dismissed with prejudice as to cross-defendants John R. Robinson and Hudson Environmental Services, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 5th day of October, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT COURT JUDGE

APPROVED AND AGREED TO:

/s/ M. James Chaney, Jr.
M. JAMES CHANEY, JR., ESQ.
TELLER, CHANEY, HASSELL & HOPSON, LLP
ATTORNEY FOR CROSS-CLAIMANT GADDY
TRUCKING, INC.


/s/ Victoria Hardy Rundlett
VICTORIA HARDY RUNDLETT, ESQ.
ATTORNEYS FOR CROSS-DEFENDANTS
JOHN R. ROBINSON AND HUDSON
ENVIRONMENTAL SERVICES


4570-112334:ba